STATE OF CONNECTICUT *v.* LARRY POWELL

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 592 (AC 24582), is denied.

*Michael P. Shea,* in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided March 14, 2006

---

IN RE CLAUDIA F. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 93 Conn. App. 343 (AC 25670), is denied.

*Roseann C. Canny,* in support of the petition.

*Benjamin Zivyon,* assistant attorney general, in opposition.

Decided March 14, 2006

---

ANTHONY BOWDEN *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Bowden's petition for certification for appeal from the Appellate Court, 93 Conn. App. 333 (AC 25761), is denied.

*Elio C. Morgan,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided March 14, 2006